Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)*    17-            Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Searchmetrics Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 98-0661635 |
| 4. | Debtor's address | **Principal place of business**<br><br>**1100 Park Place<br>Suite 150<br>San Mateo, CA 94403**<br>Number, Street, City, State & ZIP Code<br><br>**San Mateo**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | http://www.searchmetrics.com/ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **Searchmetrics Inc.**   Case number (*if known*) 17-
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5182__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ■ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship |
    |---|---|---|
    | District | When | Case number, if known |

Debtor   **Searchmetrics Inc.**                                              Case number (if known) **17-**
       Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Searchmetrics Inc.                                    Case number (*if known*) 17-
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 8, 2017
              MM / DD / YYYY

X  *[signature]*
Signature of authorized representative of debtor

Wayne P. Weitz
Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X  *[signature]*
Signature of attorney for debtor

Date   May 8, 2017
       MM / DD / YYYY

William E. Chipman, Jr.
Printed name

Chipman Brown Cicero & Cole, LLP
Firm name

Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone   (302) 295-0191          Email address   chipman@chipmanbrown.com

3818
Bar number and State

## OFFICER'S CERTIFICATE

Dated: May 2, 2017

The undersigned, Wayne P. Weitz of Searchmetrics, Inc. a Delaware corporation (the "Company"), does hereby certify the following at and as of the date hereof:

(i)   attached as Annex A hereto is a true, correct and complete copy of the resolutions (the "Resolutions") adopted by written consent on May 2, 2017;

(ii)   such Resolutions were adopted by the Company in accordance with the terms of the Company's bylaws; and

(iii)   such Resolutions have not been amended, modified or rescinded since adopted, and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

_Wayne P. Weitz_
Name:   Wayne P. Weitz
Title:   Chief Restructuring Officer

**ANNEX A**

## ACTION BY WRITTEN CONSENT OF
## THE SOLE SHAREHOLDER OF SEARCHMETRICS, INC.

### May 4, 2017

The undersigned, being the sole shareholder (the "Sole Shareholder") of Searchmetrics, Inc. (the "Company"), acting through the undersigned authorized officers (the "Authorized Officers") of Searchmetrics GmbH ("GmbH"), desire to take action by written consent (the "Consent") authorized by *Minutes of the Shareholders Meeting of Searchmetrics GmbH* (the "Shareholder Consent"), dated as of May 4, 2017, the relevant section of the General Corporation Law of Delaware, as amended (the "GCLD"), and the Certificate of Incorporation, dated as of May 17, 2010, and the Company's By-Laws, adopted as of May 18, 2010, hereby adopts the following resolutions and consents to the actions contemplated herein effective as of the date first above written, and confirms that such resolutions have not been modified, rescinded, or revoked and are present in full force and effect.

**WHEREAS**, the Sole Shareholder has determined that it is desirable, fair, reasonable, and in the best interests of the Company, the Company's shareholders, the Company's creditors, and other parties in interest for the Company to file a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code (as defined below).

**WHEREAS**, the Sole Shareholder has determined that it is desirable, fair, reasonable, and in the best interests of the Company, the Company's shareholders, the Company's creditors, and other parties in interest for the Company to engage an independent officer and to that end the Sole Shareholder evaluated the relevant experience and expertise of Wayne P. Weitz as a candidate to be appointed as the Chief Restructuring Officer of the Company pursuant to Section 4.4 of the Company's By-Laws, and have determined that such person's experience and expertise is applicable to the Company's current investigation and evaluation of the strategic alternatives available to it, including, among other things, the Chapter 11 Case, as well as any Restructuring Transaction (as defined below), and as a result desire to appoint such person as the Chief Restructuring Officer of the Company pursuant to Section 4.4 of the Company's By-Laws; and

### NOW, THEREFORE, IT IS HEREBY:

**RESOLVED**, that in the judgment of the Sole Shareholder, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company be and hereby is authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code" and such chapter 11 case, the "Chapter 11 Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is further

**RESOLVED**, that the Company is authorized to engage EisnerAmper LLP ("EisnerAmper") to provide the services of Wayne P. Weitz as the Chief Restructuring Officer of the Company, an authorized officer (an "Authorized Officer") of the Company, as well as

additional staff of EisnerAmper, pursuant to the terms and conditions of that certain *Engagement Agreement*, dated as of February 21, 2017; and it is further

**RESOLVED,** that Dirk Wolf shall no longer serve as Chief Financial Officer of the Company; and it is further

**RESOLVED,** that in the judgment of the Sole Shareholder, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company be and hereby is authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED,** that the Authorized Officer of the Company be, and hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, motions, and other papers, or documents, and to take any and all action that the Authorized Officers deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business as currently engaged in by the Company; and it is further

**RESOLVED,** that the Authorized Officer is hereby authorized and instructed to make such arrangements as they deem necessary or proper for the Company to use existing cash and cash collateral or to borrow additional funds, either as a debtor in possession under chapter 11 of the Bankruptcy Code or otherwise, and that such Authorized Officer is hereby authorized and instructed, on behalf of and in the name of the Company, to enter into and in the Chapter 11 Case to ratify the terms and conditions of the *Loan and Security Agreement* between the Company and GmbH *effective as of February 28, 2017*, or to negotiate and agree with lenders as to the terms and amounts of any such cash collateral use or further borrowings and to grant such security interests in, or liens on the assets of the Company, and to execute and deliver appropriate agreements for such post-petition financing in connection with the Bankruptcy Case, including the granting of liens to any such lender(s) under any such agreement(s), and to take such additional action and execute and deliver such other agreements, instruments or documents proposed to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as the Authorized Officer, in his sole discretion, may deem necessary or proper in connection with such further borrowings; and it is further

**RESOLVED,** that the law firm of Chipman Brown Cicero & Cole, LLP ("CBCC") shall be retained by the Company as general bankruptcy counsel representing the Company in the Chapter 11 Case, and the Authorized Officer is hereby authorized and directed to execute retention agreements, pay retainers prior to and immediately upon the filing of the Chapter 11 Case and cause to be filed an application for authority to retain the services of CBCC during the Chapter 11 Case; and it is further

**RESOLVED,** that the law firm of DLA Piper LLP (US) ("DLA Piper") shall be retained by the Company as special litigation counsel representing the Company in the Chapter 11 Case, and the Authorized Officer is hereby authorized and directed to execute retention agreements, pay retainers prior to and immediately upon the filing of the Chapter 11 Case and cause to be

confirmed, authorized, approved and adopted in all respects and for all purposes as acts in the name and on behalf the Company; and it is further

**RESOLVED,** that this Consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid, binding and effective for all purposes.

**IN WITNESS WHEREOF,** the undersigned have executed this unanimous written consent of the directors as of the date first set forth above, thereby agreeing that the foregoing recitals and resolutions shall be of the same force and effect as if regularly adopted at a meeting of the Board duly called and held.

**Volker Smid**
**Managing Director of Searchmetrics GmbH**

**Dirk Wolf**
**Proxy Holder of Searchmetrics GmbH**

I, Wayne P. Weitz, hereby accept my appointment as the Chief Restructuring Officer of Searchmetrics, Inc., a Delaware corporation, with effect from May 2, 2017.

*Wayne P. Weitz*
Wayne P. Weitz
EisnerAmper LLP

**Fill in this information to identify the case:**

Debtor name: Searchmetrics Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (if known): 17-___

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DLA PIPER LLP (US) 2000 UNIVERSITY AVENUE EAST PALO ALTO, CA 94303-2214 | ATTN RAJIV DHARNIDHARKA 650-833-2322 RAJIV.DHARNIDHARKA@DLAPIPER.COM | | | | | $1,039,296.32 |
| 2 | LEXOLUTION LLC 1901 AVE OF THE STARS, SUITE 200 LOS ANGELES, CA 90067 | ATTN OFFICER / DIRECTOR 310-461-1470 INFOLA@LEXOLUTION.NET | | | | | $366,804.57 |
| 3 | KROLL ONTRACK LLC 9023 COLUMBINE ROAD EDEN PRAIRIE, MN 55347 | ATTN OFFICER / DIRECTOR 952-937-1107 | | | | | $156,166.30 |
| 4 | DUNN & PANAGOTACOS 369 PINE ST., SUITE 506 SAN FRANCISCO, CA 94104 | ATTN RYAN DUNN 415-982-2100 RDUNN@DPLLP | | | | | $60,521.43 |
| 5 | FRESH BRAIN MARKETING 71 BROOK STREET WELLESLEY, MA 02482 | ATTN OFFICER / DIRECTOR 646-382-7467 | | | | | $8,000.00 |
| 6 | SUMMIT OFFICE SUITES 1115 BROADWAY, 12TH FLOOR NEW YORK, NY 10010 | ATTN OFFICER / DIRECTOR 212-851-8400 | | | | | $6,978.04 |
| 7 | DON'T PANIC PROJECTS LTD 60 SQUARE STREET RAMSBOTTOM, BL0 9AZ UNITED KINGDOM | ATTN NICKY WAKE NICKY@DONTPANICPROJECTS.COM | | | | | $6,000.00 |
| 8 | SAFE DESIGNS INC 969 INDUSTRIAL ROAD SAN CARLOS, CA 94070 | ATTN OFFICER / DIRECTOR 650-508-2370 INFO@STSDINC.COM | | DISPUTED | | | $5,842.27 |

Debtor: Searchmetrics Inc.

Case number (if known) 17-___

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | HILTON<br>300 ALMADEN BOULEVARD<br>SAN JOSE, CA 95110 | ATTN OFFICER / DIRECTOR<br>408-287-2100<br>CARRIE.MCALLEN@HILTON.COM | | DISPUTED | | | $4,296.84 |
| 10 | XENO MEDIA<br>18W100 22ND STREET, STE 128<br>OAKBROOK TERRACE, IL 60181 | ATTN OFFICER / DIRECTOR<br>630-599-1550<br>CONTACT@XENOMEDIAINTERNATIONAL.COM | | | | | $3,602.50 |
| 11 | BAY AREA GRAPHICS<br>1181 CHESS DRIVE SUITE H<br>FOSTER CITY, CA 94404 | ATTN OFFICER / DIRECTOR<br>650-341-5350<br>INFO@BAYAREAGRAPHICS.COM | | DISPUTED | | | $3,337.11 |
| 12 | GARBO GRAPHICS<br>PO BOX 370<br>BELMONT, CA 94002 | ATTN BRYAN GARBO<br>415-592-7786<br>BRYAN@GARBO.GRAPHICS | | | | | $3,201.02 |
| 13 | COMPONENTLAB INC.<br>3417 FREMONT AVENUE NORTH<br>SUITE 221<br>SEATTLE, WA 98103 | ATTN OFFICER / DIRECTOR<br>303-460-8098 | | | | | $3,000.00 |
| 14 | ALLURESOFT LLC DIVVY HQ<br>117 W 20TH STREET, STE 202<br>KANSAS CITY, MO 64108 | ATTN OFFICER / DIRECTOR<br>877-573-4889 | | | | | $2,944.50 |
| 15 | NEWGEN BROADCASTING LLC<br>3000 NE 30TH PLACE<br>FT LAUDERDALE, FL 33308 | ATTN OFFICER / DIRECTOR | | DISPUTED | | | $2,000.00 |
| 16 | THE LIST<br>3098 PIEDMONT ROAD NE<br>STE 200<br>ATLANTA, GA 30305 | ATTN OFFICER / DIRECTOR | | | | | $1,937.50 |
| 17 | CRUNCH LLC<br>PO BOX 1918<br>NEW YORK, NY 10011 | ATTN OFFICER / DIRECTOR | | | | | $1,748.68 |
| 18 | GETGO INC LOGMEIN INC<br>7414 HOLLISTER AVENUE<br>GOLETA, CA 93117 | ATTN OFFICER / DIRECTOR<br>805-690-6400 | | | | | $1,166.87 |
| 19 | EULER HERMES COLLECTIONS GMBH<br>ZEPPELINSTR. 48<br>POTSDAM 14471 GERMANY | ATTN OFFICER / DIRECTOR | | | | | $1,009.14 |
| 20 | BRIDGEPOINT OFFICE PARK ASSOCIATES LLC<br>6425 CHRISTIE AVENUE STE 220<br>EMERYVILLE, CA 94608 | ATTN PROPERTY MANAGER | | DISPUTED | | | $500.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Searchmetrics Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 17- |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 8, 2017        X  /s/ Wayne P. Weitz
                                    Signature of individual signing on behalf of debtor

**Wayne P. Weitz**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re: : Chapter 11
:
    Searchmetrics Inc.,[1] : Case No. 17-_____ (___)
:
    Debtor. :
------------------------------------------------------------x

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporation own more than 10% of the Debtor's common stock.

| Shareholder | Percentage of Total Shares |
|---|---|
| Searchmetrics GmbH | 100% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Searchmetrics Inc. (1635). The mailing address for the Debtor, solely for purposes of notices and communications, is c/o EisnerAmper LLP, 750 Third Avenue, New York, New York 10017, Attn: Wayne P. Weitz.

EAST\142323456.1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Searchmetrics Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 17- |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Corporate Ownership**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 8, 2017         X  /s/ Wayne P. Weitz
                                     Signature of individual signing on behalf of debtor

**Wayne P. Weitz**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
    Searchmetrics Inc.,[1]                  :   Case No. 17-_____ (___)
                                                               :
    Debtor.                                  :
---------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS (RULE 1007(a)(3))

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3), Searchmetrics, Inc. as the above-captioned debtor and debtor in possession, hereby provides the following list of holders of common stock:

| Name and Address of Interest Holder | Percentage of Interests Held |
|---|---|
| Searchmetrics GmbH<br>Greifswalder Straße 212<br>DE 10405 Berlin | 100% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Searchmetrics Inc. (1635). The mailing address for the Debtor, solely for purposes of notices and communications, is c/o EisnerAmper LLP, 750 Third Avenue, New York, New York 10017, Attn: Wayne P. Weitz.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Searchmetrics Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **17-** |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 8, 2017**    X  /s/ Wayne P. Weitz
                                      Signature of individual signing on behalf of debtor

**Wayne P. Weitz**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor