# **EXHIBIT C**



EisnerAmper LLP
750 Third Avenue
New York, NY 10017-2703
T 212.949.8700
F 212.891.4100

www.eisneramper.com

**PRIVATE & CONFIDENTIAL**

February 21, 2017

Mr. Dirk Wolf
Chief Financial Officer
Searchmetrics Inc.
1100 Park Place
San Mateo, California 94003

Re: Chief Restructuring Officer and Financial Advisory Services

Dear Mr. Wolf:

### 1. Introduction

This letter confirms that we, EisnerAmper LLP ("EisnerAmper" or "we" or "us"), have been retained by you, Searchmetrics Inc. ("Searchmetrics" or the "Company" or "you"), to provide certain consulting services to assist with the restructuring of the Company, as described below (the "Services"). This engagement letter (the "Engagement Letter" or the "Agreement"), supersedes all prior engagement letters and sets forth the complete agreement by and between EisnerAmper and the Company for the engagement of EisnerAmper to provide the Services.

### 2. Consulting Services

The Services, to be performed at your direction, are expected to include the following:

EisnerAmper will provide the services of Wayne P. Weitz ("Mr. Weitz") to serve as a temporary consultant with the title, "Chief Restructuring Officer" (the "CRO"), reporting directly to the Company's Board of Directors (the "Board"). In the capacity of CRO, the Company will provide Mr. Weitz with full and free access to the Board and its Committees. The Company may also grant Mr. Weitz the right to attend and participate (but not vote) in the meetings of the Company's Board, or its Committees, as an observer (such role referred to as "Board Observer").

EisnerAmper will also provide certain partners or employees to assist the Company with its restructuring and reorganization. The Services provided by EisnerAmper employees (including but not limited to Mr. Weitz) will be overseen by the Board.

EisnerAmper's scope of services shall include, but not be limited to, the following:





Chief Restructuring Officer Services

- Negotiate on behalf of the Company, and at an arms-length basis, terms of agreements between the Company and its parent, including but not limited to:
  - Licensing and sales agreements;
  - Debtor-in-possession financing agreements; and
  - Other intercompany agreements and obligations

Chapter 11 Planning and Execution Services

- Assist the Company in contingency planning including the evaluation, planning and execution of a potential chapter 11 filing;
- Assist the Company and its other advisors with the formulation of a chapter 11 plan of reorganization I liquidation and the preparation of the corresponding disclosure statement;
- Advise and assist the Company in the compilation and preparation of financial information, statements, schedules, budgets and monthly operating reports necessary due to requirements of the Bankruptcy Court and/or Office of the U.S. Trustee;
- Assist the Company in the preparation of a liquidation valuation for a reorganization plan and/or negotiation purposes;
- Assist the Company in managing and executing the reconciliation process involving claims filed by all creditors;
- Provide testimony in the chapter 11 case as necessary or appropriate at the Company's request;
- Assist Company personnel with the communications and negotiations, at your request and under your guidance, with lenders, creditors, and other parties-in-interest including the preparation of financial information for distribution to such parties-in-interest.
- Assist in the preparation of weekly and monthly reporting in accordance with the debtor-in-possession credit facility.
- Assist the Company in developing strategy relating to customers and vendors
- Assist with such other accounting and financial services as requested by the Company and which are not duplicative of services provided by other professionals.
- Assist in the development of communication strategies and materials for effective communication with employees, customers, suppliers, investors and other key audiences.

The Services, as outlined above, are subject to change as mutually agreed in writing by the Company and EisnerAmper.

If cases under the Bankruptcy Code are commenced and our retention is approved, EisnerAmper's role will include providing CRO and related services to the debtors and debtors in possession in those cases under a





general retainer, subject to court approval. EisnerAmper's role also will encompass all out-of-court planning and negotiations attendant to these tasks.

The services we will provide in connection with the engagement will encompass all services normally and reasonably associated with this type of engagement that we are requested and are able to provide and that are consistent with our ethical obligations. With respect to all matters of our engagement, we will coordinate closely with the Company as to the nature of the services that we will render and the scope of our engagement.

Our engagement is to represent the Company and not its individual directors, officers, employees or shareholders. However, we anticipate that in the course of the engagement, we may provide information to directors, officers or employees in their corporate capacities.

Upon the Company commencing one or more cases under the Bankruptcy Code, the engagement of EisnerAmper to perform the Services shall be subject to the approval of the Bankruptcy Court and shall be substantially as provided in this agreement as modified by the retention order approved by the Bankruptcy Court. The Company agrees, at Searchmetrics' expense, to file an application (the "Application") to retain EisnerAmper to provide CRO services, *nunc pro tunc* to the Petition Date pursuant to Section 363 of the Bankruptcy Code. The Company agrees to file all required applications, including the Application, for the retention of EisnerAmper at the earliest practical time.

The Services do not include: (i) audit, legal, tax, environmental, accounting, actuarial, employee benefits, insurance advice or similar specialist and other professional services, for which the Company may choose to retain EisnerAmper under a separate engagement at additional cost; or (ii) investment banking, including valuation or securities analysis, including advising any party or representation of the Company on the purchase, sale or exchange of securities or representation of the Company in securities transactions. EisnerAmper is not a registered broker-dealer in any jurisdiction and will not offer advice or its opinion or any testimony on valuation or exchanges of securities or on any matter for which EisnerAmper is not appropriately licensed or accredited. The Company agrees to supply office space, and office and support services to EisnerAmper as reasonably requested by EisnerAmper in connection with the performance of its duties hereunder.

### 3.    Fees and Cash on Account

We appreciate and understand the Company's interest in certainty regarding professional fees. Accordingly, EisnerAmper agrees to provide the services outlined above for a fixed rate of USD 65,000.00 (sixty-five thousand U.S. dollars) per calendar month plus actual incurred expenses.  For periods less than a full calendar month EisnerAmper will pro rate the fixed monthly amount based on actual days worked.

Note that we do not provide any assurance regarding the outcome of our work and our fees will not be contingent on the results of such work.





In addition to the fees outlined above, EisnerAmper will bill for reasonable direct expenses which are likely to be incurred on your behalf during this engagement. Direct expenses include reasonable and customary and documented out-of-pocket expenses which are billed directly to the engagement such as certain telephone, overnight mail, messenger, travel, meals, accommodations and other expenses specifically related to the engagement.

We will send the Company invoices monthly for services rendered and charges and disbursements incurred on the basis discussed above, and in certain circumstances, an invoice may be for estimated fees, charges and disbursements through a date certain. Each invoice constitutes a request for an interim payment against the fee to be determined at the conclusion of our Services. Searchmetrics agrees that EisnerAmper is not an employee of the Company and the EisnerAmper employees and independent EisnerAmper contractors who perform the Services are not employees of the Company, and they shall not receive a W-2 from the Company for any fees earned under this engagement, and such fees are not subject to any form of withholding by the Company. The Company shall provide EisnerAmper a standard form 1099 on request for fees earned under this engagement.

Cash on Account

Initially, the Company will forward to us the amount of USD 65,000.00, which funds will be held "on account" to be applied to our professional fees, charges and disbursements for the engagement (the "Initial Cash on Account"). To the extent that this amount exceeds our fees, charges and disbursements upon the completion of the engagement, we will refund any unused portion. The Company agrees to increase or supplement the Initial Cash on Account from time to time during the course of the engagement in such amounts as the Company and we mutually shall agree are reasonably necessary to increase the Initial Cash on Account to a level that will be sufficient to fund engagement fees, charges, and disbursements to be incurred pursuant to this agreement or any amendment thereto.

Upon transmittal of the invoice, we may immediately draw upon the Initial Cash on Account (as replenished from time to time) in the amount of the invoice. The Company agrees upon submission of each such invoice to promptly wire the invoice amount to us as replenishment of the Initial Cash on Account (together with any supplemental amount to which we and the Company mutually agree), without prejudice to the Company's right to advise us of any differences it may have with respect to such invoice. We have the right to apply to any outstanding invoice (including amounts billed prior to the date hereof), up to the remaining balance, if any, of the Initial Cash on Account (as may be supplemented from time to time) at any time subject to (and without prejudice to) the Company's opportunity to review our statements.

In the event of a case under the Bankruptcy Code, fees and expenses may not be paid without the express prior approval of the bankruptcy court. The Application shall be accompanied by a proposed order approving the Application (the "Order"). The Order shall provide that (a) we shall prepare, and counsel for





the Company shall file, summary fee statements on a monthly basis, covering work performed for the preceding month (the "Fee Statements"); (b) absent any objections, 100% our invoices shall be payable after 10 days the filing of the Fee Statement; (c) we shall not be subject to any orders of the bankruptcy court setting forth interim compensation procedures; and (d) in the event of an objection, the Fee Statement shall be scheduled for the next omnibus hearing before the bankruptcy court.

In preparation for the filing of any cases under the Bankruptcy Code, we also may require an additional on account payment to supplement the Initial Cash on Account to cover fees, charges and disbursements to be incurred during the initial phase of the chapter 11 cases (the "Additional Cash on Account"). We will hold the Additional Cash on Account, as we have the Initial Cash on Account. Of course, the reasonableness of the Additional Cash on Account remains subject to review by the court in any ensuing case.

If any of the Company's entities becomes a debtor in one or more cases under the Bankruptcy Code, some fees, charges and disbursements (whether or not billed) incurred before the filing of bankruptcy petitions (voluntary or involuntary) might remain unpaid as of the date of the filing. The unused portion, if any, of the Initial Cash on Account and the Additional Cash on Account will be applied to any such unpaid pre-petition fees, charges and disbursements. Any requisite court permission will be obtained in advance. We will then hold any portion of the Initial Cash on Account and the Additional Cash on Account not otherwise properly applied for the payment of any such unpaid pre-filing fees, charges and disbursements (whether or not billed) as on account cash to be applied to our final invoice in any case under the Bankruptcy Code.

Post-petition fees, charges and disbursements will be due and payable immediately upon entry of an order containing such court approval or at such time thereafter as instructed by the court. The Company understands that while the arrangement in this paragraph may be altered in whole or in part by the bankruptcy court, the Company shall nevertheless remain liable for payment of court-approved post-petition fees and expenses pursuant to the applicable provisions of the Bankruptcy Code. It is agreed and understood that the unused portion, if any, of the Initial Cash on Account (as may be supplemented from time to time) and the Additional Cash on Account shall be held by us and applied against the final fee application filed and approved by the court.

### 4. Confidentiality

During the course of this engagement, EisnerAmper LLP may receive confidential information from the Company. EisnerAmper LLP shall treat such information as confidential pursuant to the firm's policies and procedures and the applicable professional standards. Notwithstanding, EisnerAmper LLP may disclose confidential information to any federal, state or local government agency or regulatory body to the extent and in the form or manner necessary or required to perform or complete the services described herein.





The working papers prepared in conjunction with this engagement are our property, constitute confidential information, and will be retained by us in accordance with our policies and procedures.

We may from time to time, use third-party service providers or we may assign employees or employees of our subsidiaries located outside the United States to work on your engagement in order to facilitate delivery of our services to you. Subject to our control, we may share your confidential information with these third-party service providers, employees or subsidiaries. Accordingly, EisnerAmper LLP maintains data protection policies, procedures and safeguards to protect the privacy of your confidential information, including information provided to third-party providers, employees or subsidiaries located both within and outside the United States. By your signature below, you consent to having confidential information transmitted to third-party providers, employees or subsidiaries located both within and outside the United States for the purposes described above.

EisnerAmper LLP may transmit or receive information from you through electronic means, including through the firm's portal. In the event that the Company creates one or more user accounts to access our portal, in order to insure the confidentiality of your financial information, it is your responsibility to notify EisnerAmper LLP in the event that there is a change in e-mail addresses and/or individual(s) authorized to access the EisnerAmper LLP client portal on your behalf.

## 5. Engagement Administration

The engagement is being undertaken solely for the Company's benefit and the parties do not intend to provide contractual rights to any other person.

## 6. Rights and Protections

We acknowledge your right to terminate our services at any time, and you acknowledge our right to resign at any time (including instances where, in our judgment, we can no longer rely on the integrity of management), subject in either case to our right to payment for charges incurred to the date of termination or resignation.

In the event that we determine to resign, and you or Searchmetrics GmbH seek damages allegedly resulting from such resignation, our maximum liability to you and Searchmetrics GmbH in the event we are held liable because of such resignation shall be limited to the fees actually paid to us to the date of resignation.

In no event shall EisnerAmper LLP or its personnel be liable to the Company or Searchmetrics GmbH or their respective personnel for any consequential, incidental, indirect, punitive or special damages in connection with claims arising out of or related to this engagement letter or the Services, including any





amount for loss of profit, data or goodwill, whether or not the likelihood of such loss or damage was contemplated.

Except to the extent determined to have resulted from our gross negligence or willful misconduct, our maximum liability for damages incurred by the Company or Searchmetrics GmbH for any reason relating to the services under this letter shall be limited to the fees paid to us for the services or work products giving rise to liability. Also, except to the extent determined to have resulted from our gross negligence or willful misconduct, you agree to indemnify and hold harmless EisnerAmper LLP for any time expended, expenses (including reasonable legal fees and costs), costs and/or losses incurred in connection with any lawsuit or other legal or regulatory action or proceeding involving or relating to the services under this letter, whether or not such costs and/or losses are due to the negligence of EisnerAmper LLP.

In the event that EisnerAmper LLP receives any subpoena or other legal process in an action or proceeding in which EisnerAmper LLP is not a party, you shall reimburse EisnerAmper LLP for all costs and expenses (including reasonable legal fees and costs) associated with providing testimony, documents or information relating to the services under this letter, including any time expended at our then standard rates.

At all times during which EisnerAmper provides Services to the Company pursuant to this engagement letter, the Company shall maintain Directors and Officers liability insurance coverage in an amount not less than $1,000,000, and to name Wayne Weitz as an additional insured to such policy. Upon execution of this agreement, the Company shall furnish EisnerAmper with a certificate of insurance, naming Wayne Weitz as an additional insured, and setting forth the nature of the coverage, the limits of liability, the name of the insurance carrier, the policy number, and the date of expiration of the policy.

The Company, Searchmetrics GmbH, and EisnerAmper LLP, to the extent permitted by law, each knowingly, voluntarily and intentionally waive the right to a trial by jury in any action arising out of or relating to this engagement letter or the services to be performed by EisnerAmper LLP pursuant hereto. This waiver applies to any legal action or proceeding whether sounding in contract, tort, negligence or otherwise. The terms of this engagement letter and all related matters shall be governed by the laws of the State of New York and any legal action or proceeding related to this engagement letter or the work performed or to be performed pursuant hereto shall be brought in any appropriate court in the State of New York, County of New York.

EisnerAmper LLP is a member firm of EisnerAmper Global Ltd, a network of legally independent firms. EisnerAmper LLP is also a member firm of Allinial Global, an association of legally independent accounting and consulting firms. Neither the other member firms nor the correspondent firms nor EisnerAmper Global Ltd or Allinial Global controls, is responsible for or accepts liability for the work or advice which EisnerAmper LLP provides to its clients and in signing and returning to us the enclosed copy of this





engagement letter you acknowledge and accept that such other member and correspondent firms, EisnerAmper Global Ltd and Allinial Global do not owe you any duty in relation to the work or advice which we will from time to time provide to you or are required to provide to you.

### 7.  Conflicts of Interest

Based on the list of interested parties (the "Potentially Interested Parties"), provided by you, we have undertaken a limited review of our records to determine EisnerAmper's professional relationships with the Company and the administrative agent.  As you may be aware, EisnerAmper is regularly retained by the administrative agent and/or other members of your lending group (or law firms retained by the administrative agent or lending group members).  However, such representations are in matters unrelated to this engagement.

From the results of such review, we were not made aware of any conflicts of interest or additional relationships that we believe would preclude us from performing the Services.  However, as you know, we are a large consulting firm with numerous offices throughout the United States.  We are regularly engaged by new clients, which may include one or more of the Potentially Interested Parties. The EisnerAmper professionals providing services hereunder will not accept an engagement that directly conflicts with this Engagement without your prior written consent.

### 8.  Employment of EisnerAmper LLP Staff

We invest a great deal of time and effort in ensuring that we have knowledgeable and appropriately trained professionals to service our clients.  When a client contacts us about its desire to hire one of our professionals, we recognize and appreciate the confidence shown towards our staff. However, when we lose a valued employee, we incur significant expenses in hiring and training his or her replacement. Accordingly, should the Company hire a member of our professional staff; the Company will pay us a fee equal to the annual compensation being paid to the individual by us.  Such fee is payable when the employee accepts the position.

### 9.  Miscellaneous

This agreement shall not be amended, unless in writing and signed by an authorized representative of both parties.

This agreement contains the full and complete understanding of the parties with respect to the subject matter and services described herein and supersedes all prior representations, agreements, contracts, and understandings concerning such subject matter and services, whether they be oral or written, including but not limited to any prior non-disclosure agreements.





**10. Request for Signature**

We appreciate your confidence in retaining our firm to perform these services and are happy to have this opportunity to serve you.

If this is in accordance with your understanding, please indicate your acceptance of the above arrangements by signing and returning this letter by mail, facsimile or PDF/e-mail together with payment for the retainer.  For purposes of this letter, facsimile or PDF copies of signatures shall be deemed original and shall constitute one and the same instrument.  When this letter has been returned and the retainer received, we will proceed forward on behalf of the parties.

The signatories to this engagement letter represent and warrant that such person is lawfully authorized and empowered to execute this engagement letter on behalf of the party on whose behalf such person is signing, and that upon execution, this engagement letter will be binding upon such party, without any further approval, ratification, or other action.

If you have any questions concerning the engagement, including any of the detailed contents of this letter, do not hesitate to call us.

Very truly yours,
EISNERAMPER LLP


By: _____

Wayne P. Weitz, Managing Director



Dirk Wolf, CFO
February 21, 2017
Page 9

**10. Request for Signature**

We appreciate your confidence in retaining our firm to perform these services and are happy to have this opportunity to serve you.

If this is in accordance with your understanding, please indicate your acceptance of the above arrangements by signing and returning this letter by mail, facsimile or PDF/e-mail together with payment for the retainer. For purposes of this letter, facsimile or PDF copies of signatures shall be deemed original and shall constitute one and the same instrument. When this letter has been returned and the retainer received, we will proceed forward on behalf of the parties.

The signatories to this engagement letter represent and warrant that such person is lawfully authorized and empowered to execute this engagement letter on behalf of the party on whose behalf such person is signing, and that upon execution, this engagement letter will be binding upon such party, without any further approval, ratification, or other action.

If you have any questions concerning the engagement, including any of the detailed contents of this letter, do not hesitate to call us.

Very truly yours,
EISNERAMPER LLP


By: _____
       Wayne P. Weitz, Managing Director



Accepted and Agreed:

**SEARCHMETRICS GMBH**
**(With respect to the applicable provisions in the Rights and Protections Section Only)**

By: _____

Title: _CEO_          CTO

Date: _02/22/17_          02/22/17

**SEARCHMETRICS INC.**

By: _____

Title: _____ DIRK WOLF    CFO

Date: _____ 02/22/17

*By signing this agreement we acknowledge that we agree to be bound by the payment terms and conditions set forth in this retention agreement.*