# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEARCHMETRICS INC., | Case No. 17-11032 (CSS) |
| Debtor. | **Related Docket No.** _____ |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

- June 1, 2017 at 10:00 a.m. (Prevailing Eastern Time)
- June 28, 2017 at 11:00 a.m. (Prevailing Eastern Time)
- July 25, 2017 at 11:00 a.m. (Prevailing Eastern Time)

**Dated: May 15th, 2017**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**